UNITED STATES DISTRICT COURT    FILED 20 AUG '15 14:33 USDC-ORE

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-CR- 308- MC |
| Plaintiff, | **INFORMATION** |
| vs. | **Counts 1-3: Transmitting a Threat**<br>18 U.S.C. § 875(c) |
| TIMOTHY LOREN McCOY FLEMING, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Transmitting a Threat in Interstate Commerce)**

On or about the 30th day of January, 2015, in the District of Oregon, the defendant, TIMOTHY LOREN McCOY FLEMING, knowingly and willfully did transmit a communication in interstate and foreign commerce, via an internet posting on Facebook, containing the following threat to injure and kill a police officer:

"I do not apologize in advance to the state of oregon or to the city of albany for the lives of officers that will atone."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Transmitting a Threat in Interstate Commerce)

On or about the 30th day of January, 2015, in the District of Oregon, the defendant, TIMOTHY LOREN McCOY FLEMING, knowingly and willfully did transmit a communication in interstate and foreign commerce via an internet posting on Facebook, containing the following threat to injure and kill a police officer:

"Call the police an (sic) the FBI. I need more targets anyways, hope they ready to die. ISIS trained mind when my soul I couldn't find, standing up to fight, till last breath or morning light, filling the masses with fright, muzzle flashes in the night, just another man who's sick of the government's twisted might."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### (Transmitting a Threat in Interstate Commerce)

On or about the 30th day of January, 2015, in the District of Oregon, the defendant, TIMOTHY LOREN McCOY FLEMING, knowingly and willfully did transmit a communication in interstate and foreign commerce via an internet posting on Facebook, containing the following threat to injure and kill a police officer:

"Gotta full clip, sick of this shit, eatin that destroying angel mushroom, don't push it bitch. Stash the salvation in my pocket, safety off, trigger finger cold and willing. Walk into

///

///

///

Albany city hall, smile at the uniform as I pass him in the hall, turn round, Salvation speaks, a roaring sound, uniform goes down, no armor on the head makes a corrupt cop dead."

All in violation of Title 18, United States Code, Section 875(c).

Dated this 20th day of August 2015.

BILLY J. WILLIAMS<br>
Acting United States Attorney<br>
<br>
_/s/ William E. Fitzgerald_<br>
WILLIAM E. FITZGERALD<br>
Assistant United States Attorney